

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00824-CV

Karen D. **GRIFFIN**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY** and Kenneth Piper,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-08523
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Union Pacific Railroad Company and Kenneth Piper, recover their costs of this appeal from appellant, Karen D. Griffin.

SIGNED April 16, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice